United States District Court
Southern District of Texas
**ENTERED**
October 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE MARTIN HERNANDEZ CUELLAR, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-921 |
| | § | |
| MIGUEL VERGARA, *et al.*, | § | |
| | § | |
| Respondents. | § | |

# ORDER

Petitioner Jose Martin Hernandez Cuellar filed this habeas action while detained by Immigration and Customs Enforcement at the El Valle Detention Center in Willacy County, Texas. He contests Respondents' ability to detain him without a bond hearing under 8 U.S.C. § 1225(b)(2)(A).

Petitioner alleges a cause of action based on the Due Process Clause of the Fifth Amendment. A controlling decision precludes this claim. *Sosnava v. Vergara*, No. 26-50183, ___ F.4th ___, 2026 WL 3181188 (5th Cir. Oct. 23, 2026) (addressing procedural and substantive due process claims).

The Court finds that Petitioner is not entitled to the relief he seeks. Accordingly, it is:

**ORDERED** that Petitioner Jose Martin Hernandez Cuellar's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1) is **DENIED**.

The Clerk of Court is directed to close this case.

Signed on October 28, 2026.

Fernando Rodriguez, Jr.

Fernando Rodriguez, Jr.
United States District Judge